LAW OFFICES OF ERIK BABCOCK
Erik Babcock, No. 172517
420 Third Street, Suite 250
Oakland CA 94607
510.452.8400
erik@babcocklawoffice.com

Attorney for Defendant
VIKRAM SRINIVASAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIKRAM SRINIVASAN,<br><br>Defendant(s). | Case No. 4:24-cr-00133 HSG<br><br>**STIPULATION AND PROPOSED ORDER VACATING DECEMBER 4, 2024 STATUS CONFERENCE** |

At the last calling of the case, this matter was set for a status conference on December 4, 2024 at 2:00 p.m.  On November 19, 2024, the parties received notice that the court moved its calendar from 2:00 p.m. to 9:00 a.m. that day.

Counsel for Defendant is not available the morning of December 4, 2024. He has a previously scheduled initial appearance that morning in *U.S. v. Alvarez et al.*, No. 24-cr-00543-JSC before Judge Corley in San Francisco. Mr. Alvarez is in custody on a RICO conspiracy charge involving an alleged homicide, as well as several other predicate acts of gang-related violence.

The parties are therefore requesting that the December 4, 2024 9:00 a.m. status conference in this case be vacated and reset on January 15, 2025.

The discovery in this case is extremely voluminous. Defense counsel needs additional time in which to review the discovery.

IT IS THEREFORE STIPULATED between the parties, by and through counsel, that the status conference set December 4, 2024 may be vacated and reset for January 15, 2025.

Time has previously been excluded to December 4, 2024. It is further stipulated that the time from December 4, 2024 to January 15, 2025 may be excluded from the time in which this case must be brought to trial under the Speedy Trial Act, 18 U.S.C. 3141(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial based on defense counsel's availability and need for additional time in which to review the voluminous discovery. Additionally, the parties agree that the case is complex.

**SO STIPULATED.**

DATED: November 21, 2024

_____
/S/
ROBERT REES
Assistant U.S. Attorney

DATED: November 21, 2024

_____
/S/
ERIK BABCOCK
Attorney for Defendant
VIKRAM SRINIVASAN

## **PROPOSED ORDER**

Based on the stipulation of the parties above, and good cause appearing, the December 4, 2024 status conference is vacated and reset for January 15, 2025.

Additionally, based on the parties stipulation, the Court finds that the time from December 4, 2024 to January 15, 2025 should be excluded from the time in which this case must be brought to trial under

the Speedy Trial Act, 18 U.S.C. 3141(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial based on defense counsel's availability.

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED:

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge