LAW OFFICES OF ERIK BABCOCK
Erik Babcock, No. 172517
420 Third Street, Suite 250
Oakland CA 94607
510.452.8400
erik@babcocklawoffice.com

Attorney for Defendant
VIKRAM SRINIVASAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VIKRAM SRINIVASAN,<br><br>Defendant(s). | Case No. 4:24-cr-00133 HSG<br><br>**STIPULATION AND PROPOSED ORDER VACATING JULY 30, 2025 STATUS CONFERENCE AND RESETTING ON OCTOBER 22, 2025** |

This matter is set for a status conference on July 30, 2025 at 2:00 p.m.  As the Court knows, Mr. Srinivasan is in the process of retaining new counsel.  He was waiting for a property to be sold to retain counsel. The deal finally closed and Mr. Srinivasan has the necessary funds in the bank. However, Mr. Srinivasan's bank, US Bank, has thus far refused to disburse the funds to new counsel because of concerns based on a subpoena the bank received related to the instant case.

Additionally, the prosecutor assigned to this case, Mr. Andrew Paulson, is preparing for a trial with the Honorable Yvonne Gonzalez Rogers in August that is expected to conclude in late September. He then has prepaid vacation plans from October 8 to 18, 2025.

IT IS THEREFORE STIPULATED between the parties that the July 30, 2025 status conference in this case be vacated and reset to October 22, 2025 at 2:00 p.m.

Time has previously been excluded to July 30, 2025. It is further stipulated that the time from July 30, 2025 to October 22, 2025 may be excluded from the time in which this case must be brought to trial under the Speedy Trial Act, 18 U.S.C. 3141(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial based on defense counsel's availability and need for additional time in which to review the voluminous discovery. Additionally, the parties agree that the case is complex.

**SO STIPULATED.**

DATED: July 28, 2025

_____/S/_____
ANDREW PAULSON
Assistant U.S. Attorney

DATED: July 28, 2025

_____/S/_____
ERIK BABCOCK
Attorney for Defendant
VIKRAM SRINIVASAN

## <u>PROPOSED ORDER</u>

Based on the stipulation of the parties above, and good cause appearing, the July 30, 2025 status conference is vacated and reset for October 22, 2025 at 2:00 p.m.

Additionally, based on the parties stipulation, the Court finds that the time from July 30, 2025 to October 22, 2025 should be excluded from the time in which this case must be brought to trial under the Speedy Trial Act, 18 U.S.C. 3141(h)(7)(A), because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial based on defense counsel's availability.

**GOOD CAUSE APPEARING, IT IS SO ORDERED**.

DATED:

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

2

US v. Srinivasan, No. 4:24-cr-00133 HSG