David M. Garvin, Pro Hac Vice
2333 Ponce de Leon Blvd.
Suite 314
Coral Gables, Florida 33134
Tel: 305-371-8101
Email: dgarvin@garvin.law

Cliff Dean Schneider, Esq.  (CABN 290819)
8939 S. Sepulveda Blvd.
Suite 102
Los Angeles, California 90045
Tel: 888-332-2999
Email: CDS@Cliff SchneiderLaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 24-CR-0133 HSG |
| | ) |
| Plaintiff, | ) STIPULATON TO CONTINUE STATUS |
| | ) HEARING OF NOVEMBER 5, 2025 AND |
| v. | ) TO EXCLUDE TIME FROM SPEEDY |
| | ) TRIAL ACT FROM NOVEMBER 5, 2025 |
| VIKRAM SRINIVASAN, | ) AND [PROPOSED] ORDER (as modified) |
| | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, VIKRAM SRINIVASAN, that the status hearing presently scheduled for November 5, 2025, be continued to December 10, 2025, or any date thereafter convenient to the Court, and that the additional time be excluded under the Speedy Trial Act from November 5, 2025 to December 10, 2025, or other new date selected by the Court for the

STIPULATION AND [PROPOSED] ORDER
Case No. 24-CR-0133 HSG

hearing.

The undersigned counsel for the Defendant entered their appearances on October 22, 2025. The United States is working to complete the production of the discovery and expect that this process will be completed in the near future. Defendant's counsel needs additional time to review the voluminous discovery. Defendant's counsel has asked the Government to join in the requested continuance. The Government has no objection to the request for a continuance of the status hearing to December 10, 2025, or a date thereafter selected by the Court.  Defendant's counsel, David M. Garvin, has a bench trial scheduled for the first week of December 2025.

For this reason, the parties stipulate and agree that excluding the time from November 5, 2025, to December 10, 2025, or a date thereafter convenient to the Court, will serve the ends of justice and under the Speedy Trial Act outweigh the interests of the public and the defendant in a Speedy Trial. 18 U.S.C. Section 3161(h).

In addition to the above stated facts, David M. Garvin has a personal reason to request the subject continuance. Mr. Garvin's daughter is to be married in Mexico City on Saturday, November 8, 2025. The rehearsal dinner is scheduled to take place on November 5, 2025. Mr. Garvin will be unable to attend the rehearsal dinner if the status conference presently scheduled to take place on November 5, 2025, at 2:00 pm is not continued.

IT IS SO STIPULATED.
DATED: 10/29/2025

/s/ David M. Garvin
David M. Garvin, Pro Hac Vice
2333 Ponce de Leon Blvd. Suite 314
Coral Gables, Florida 33134
Tel: 305-371-8101
Email: dgarvin@garvin.law

STIPULATION AND [PROPOSED] ORDER
Case No. 24-CR-0133 HSG

DATED: 10/29/2025

*/s/ Cliff Dean Schneider*
Cliff Dean Schneider
8939 S. Sepulveda Blvd.
Suite 102
Los Angeles, California 90045
Tel: 888-332-2999
Email: CDS@Cliff SchneiderLaw.com


DATED: 10/29/2025

*/s/ Andrew J. Paulson*
Andrew J. Paulson, DOJ-USAO
1301 Clay Street
Suite 340S
Oakland, California
Tel: 510-637-3709
Email: andrew.paulson@usdoj.gov

STIPULATION AND [PROPOSED] ORDER
Case No. 24-CR-0133 HSG

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation and for good cause shown, the hearing in the above captioned matter currently scheduled for November 5, 2025, at 2:00 pm is continued to 11/12/2025 at 2 p.m.       ,2025 before the Honorable Haywood S. Gilliam, Jr. The Court finds that failing to exclude the time from November 5, 2025 through 11/12/2025 , 2025, would unreasonably deny defense counsel adequate time to review discovery and prepare. The Court further finds that the ends of justice served by excluding the time from November 5, 2025, to 11/12/2025      , 2025 from the computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial. Therefore, with the consent of the parties, IT IS HEREBY ORDERED that the time from November 5, 2025, through 11/12/2025              , 2025, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. Section 3161(h).

IT IS SO ORDERED.

DATED:   10/30/2025

Haywood S. Gilliam, Jr.
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 24-CR-0133 HSG