David M. Garvin, Pro Hac Vice
2333 Ponce de Leon Blvd.
Suite 314
Coral Gables, Florida 33134
305-371-8101
dgarvin@garvin.law

Cliff Dean Schneider, Esq.  (CABN 290819)
8939 S. Sepulveda Blvd.
Suite 102
Los Angeles, California 90045
888-332-2999
CDS@Cliff SchneiderLaw.com

Attorneys for Defendant
Vikram Srinivasan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

UNITED STATES,

        Plaintiff,

  v.

VIKRAM SRINIVASAN,

        Defendant.

Case No. 4:24-CR-133-HSG

**NOTICE OF HEARING ON MOTIONS TO PRODUCE**

TO ALL PARTIES IN THE ABOVE-CAPTIONED ACTION:

On May 6, 2026 at 2:00 PM In Courtroom 2 of the Oakland Division of the

Northern District of California, the Court will hear Defendant Vikram Srinivasan's

Motion to Produce Filter Protocols (ECF 87), Motion to Product Seized Emails (ECF 88) and Motion to Produce Grand Jury Records (ECF 89).  Pursuant to the Court's order of March 18, 2026 (ECF 82), any opposition to those motions must be filed on or before April 15, 2026 and any reply must be filed by April 22, 2026.

Dated March 26, 2026                                  Respectfully submitted,

*Cliff Schneider*

_____
Cliff Dean Schneider, Esq.
Attorney for Defendant Vikram Srinivasan

CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing Notice of Hearing on Motions to Produce with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*Cliff Schneider*

_____
Cliff Dean Schneider, Esq.
Attorney for Defendant Vikram Srinivasan